JACOB, ALFRED AND RICHARD LEVINSON, A PARTNERSHIP
v. THE BOROUGH OF METUCHEN.

October 14, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE CARVER.

October 14, 1980.

Petition for certification denied.

NEW JERSEY PROPERTY LIABILITY GUARANTY
ASSOCIATION v. RAYMOND BROWN.

October 14, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 629)

ALISON BUFF v. JON CHARLES BUFF.

October 14, 1980.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division for a hearing on the merits limited to the issue of whether witnesses may be ordered to answer questions regarding personal investments unrelated to the businesses and interests of the defendant or parties to this litigation.